Paul W. Sheldon *(Admitted Pro Hac Vice)*
paul.sheldon@strasburger.com
Texas State Bar No. 18191480
**STRASBURGER & PRICE, LLP**
2801 Network Boulevard, Suite 600
Frisco, TX 75034-1872
Telephone: (469) 287-3955
Facsimile: (469) 227-6574

Donald E. Bradley
d.bradley@mpglaw.com
California State Bar No. 145037
**MUSICK, PEELER & GARRETT LLP**
650 Town Center Drive, Suite 1200
Costa Mesa, CA 92626-1925
Telephone: (714) 668-2400
Facsimile: (714) 668-2490

*Attorneys for Defendant* TRANS UNION LLC

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN FUSELIER;<br><br>            Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC<br><br>            Defendant. | Case No. 2:13-CV-08505-RGK-RZ<br><br>Hon. R. Gary Klausner, Courtroom 850<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff Darren Fuselier has announced to the Court that all matters in controversy against Trans Union have been resolved.  A Joint Stipulation of Dismissal with Prejudice has been signed and filed with the Court.  Having

916674.1

considered the Joint Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff Darren Fuselier against Defendant Trans Union LLC are in all respects dismissed with prejudice to the refiling of same, with court costs to be paid by the party incurring same. Due to the fact that settlement terms require adjustments to be made to Plaintiff's credit file by Defendant, the Court will retain jurisdiction to enforce the settlement and this Order shall not prejudice any party to re-open the action if settlement is not consummated within 30 days.

DATED: October 6, 2014

Hon. R. Gary Klausner
United States District Judge

916674.1

**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW

ORDER OF DISMISSAL WITH PREJUDICE

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Orange, State of California. My business address is 650 Town Center Drive, Suite 1200, Costa Mesa, California 92626-1925.

On October 3, 2014, I served true copies of the following document(s) described as **ORDER OF DISMISSAL WITH PREJUDICE** on the interested parties in this action as follows:

>Darren Fuselier
>256 S. Robertson Boulevard, Suite 700
>Beverly Hills, CA 90211
>Phone: (310) 546-6061
>*Plaintiff in Pro Per*

☒ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Musick, Peeler & Garrett LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 3, 2014, at Costa Mesa, California.

>*/s/ April M. Yusay*
>April M. Yusay

916674.1